NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

DEC 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRA BURGOS-BORJA, | No. 19-70836 |
| Petitioner, | Agency No. A076-662-345 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 2, 2020[**]

Before:     WALLACE, CLIFTON, and BRESS, Circuit Judges.

Alejandra Burgos-Borja, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her application for withholding of removal

and protection under the Convention Against Torture ("CAT").  Our jurisdiction is

governed by 8 U.S.C. § 1252.  We dismiss in part and deny in part the petition for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review.

To the extent Burgos-Borja, in her opening brief, raises protected grounds that were not raised to the BIA, we lack jurisdiction to consider them.  *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004).

In her opening brief, Burgos-Borja does not challenge the BIA's dispositive determinations that her proposed social groups were not cognizable and that she did not establish the necessary state action for CAT relief.  *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived).  Thus, we deny the petition for review as to her withholding of removal and CAT claims.

As stated in the court's June 6, 2019 order, the temporary stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**